UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ABDIKADIR MOHAMED HAMOOD,

Petitioner,

v.

JEREMY CASEY, et al.,

Respondents.

Case No.:  26-CV-2612 JLS (BJW)

**ORDER GRANTING IN PART AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

(ECF No. 13)

Presently before the Court is PetitionerAbdikadir Mohamed Hamood's Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 13). Also before the Court is Respondent's Return to Petition for Writ of Habeas Corpus ("Ret.," ECF No. 14).  Petitioner, a citizen of Somalia, alleges that he has been detained by the United States Department of Homeland Security's ("DHS") Immigration and Customs Enforcement ("ICE") division at the Imperial Regional Detention Center since January 25, 2025, when he entered the United States.  Pet. at 2.  Petitioner has been detained for over sixteen months and alleges that he "has reason to anticipate significant future detention" because his asylum case is still ongoing, and if his asylum is denied, he plans on appealing. *Id.* at 8.

/ / /

1

Respondents "acknowledge[] that courts in this District have repeatedly inferred a constitutional right against prolonged mandatory detention," and therefore, "concedes that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight."  Ret. at 1.

Accordingly, as Respondents do not oppose providing a bond hearing in this matter, the Court **GRANTS IN PART** Petitioner's Amended Petition for a Writ of Habeas Corpus (ECF No. 13) and **ORDERS** the Government to provide Petitioner with a bond hearing within <u>fourteen (14) days</u>, unless Petitioner, the non-citizen, requests a continuance. The Government **SHALL** bear the burden of establishing by clear and convincing evidence that Petitioner is a danger to the community or a flight risk if released.  Bond **SHALL NOT** be denied on the basis that 8 U.S.C. § 1225(b)(2) requires mandatory detention.

The Parties **SHALL** file a Joint Status Report by <u>June 18, 2026</u>, informing the Court of the outcome of the hearing or the status of the hearing if Petitioner requests a continuance.  The Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  May 29, 2026

Hon. Janis L. Sammartino
United States District Judge

26-CV-2612 JLS (BJW)