

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Abdikadir Mohamed Hamood | **Civil Action No.**  26-cv-02612-JLS-BJW |
| **Plaintiff,** | |
| V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

as Respondents do not oppose providing a bond hearing in this matter, the Court GRANTS IN PART Petitioner's Amended Petition for a Writ of Habeas Corpus (ECF No. 13) and ORDERS the Government to provide Petitioner with a bond hearing unless Petitioner, the non-citizen, requests a continuance.  This concludes the litigation in this matter.

**Date:**        5/29/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Santiago

A. Santiago, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-02612-JLS-BJW

Respondents:

Jeremy Casey
Warden at Imperial Regional Detention Center

Markwayne Mullin
Secretary of the Department of Homeland Security

Todd Blanche
Acting Attorney General

Todd M. Lyons
Acting Director, Immigration and Customs Enforcement

Jesus Rocha
Acting Field Office Director, San Diego Field Office